NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1016

DEERE & COMPANY,

Appellant,

v.

INTERNATIONAL TRADE COMMISSION,

Appellee,

and

BOURDEAU BROTHERS, INC., OK ENTERPRISES,
and SUNOVA IMPLEMENT CO.,

Intervenors.

On appeal from the United States International Trade Commission in
Investigation No. 337-TA-487.

ON MOTION

Before MAYER, Circuit Judge.

ORDER

The International Trade Commission, Bourdeau Brothers, Inc., OK Enterprises,

and Sunova Implement Co. move without opposition for a 14-day extension of time,

until July 22, 2009, to file their principal briefs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  No further extensions should be anticipated.

FOR THE COURT

JUL 17 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:   Bassam N. Ibrahim, Esq.
      Mark B. Rees, Esq.
      David P. Miranda, Esq.

s20

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2009

JAN HORBALY
CLERK